## IN THE SUPREME COURT OF THE STATE OF NEVADA

TAKAYOSHI MURAMATSU, AN INDIVIDUAL; AND LUCY MURAMATSU, AN INDIVIDUAL,
Appellants,
vs.
TANIA MICHAELS, AN INDIVIDUAL,
Respondent.

No. 74353

**FILED**

DEC 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to appellants' notice of withdrawal of appeal filed on November 17, 2017, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Timothy C. Williams, District Judge
Morris Law Center
CV3 Legal
Eighth District Court Clerk